UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE WAYNE FALLIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TYLER ANTHONY BARNES, et. al.,<br><br>Defendants. | Case No. 3:23-cv-00512-LRH-CLB<br><br>**ORDER DENYING WITH LEAVE TO REFILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>[ECF No. 7] |

Before the Court is the parties' joint discovery plan and scheduling order. (ECF No. 7.) The Court has reviewed the discovery plan and scheduling order and finds that it fails to comply with the requirements of Local Rule 26-1. Specifically, the proposed discovery deadline is 270 days after the defendant answered or otherwise appeared. Pursuant to LR 26-1(a),

> If longer deadlines are proposed, the plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case . . .

The discovery plan and scheduling order does not provide a statement of the reasons why 270 days are needed to complete discovery. Accordingly, the discovery plan and scheduling order, (ECF No. 7), is **DENIED with leave to refile**. The parties shall have until **January 30, 2024,** to submit a discovery plan and scheduling order that complies with LR 26-1.

**IT IS SO ORDERED**.

**DATED**: January 16, 2024.

UNITED STATES MAGISTRATE JUDGE