# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE WAYNE FALLIN, JR., | Case No. 3:23-cv-00512-ART-CLB |
| Plaintiff, | **Joint Stipulated Facts for Trial** |
| v. | |
| UNITED STATES OF AMERICA, DOES I through X, and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

Pursuant to the Court's Order Regarding Trial (ECF No. 27), Plaintiff and Federal Defendant (the "Parties") submit the following stipulated facts, which are deemed admitted by the Parties and require no proof:

1. Plaintiff Jesse Wayne Fallin, J. and Tyler A. Barnes were involved in a motor vehicle accident on January 30, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. At the time of the accident, Tyler A. Barnes was acting in the course and scope of his duties as a United States Postal Service ("USPS") employee.

Respectfully submitted this 7th day of April 2025.

| BENSON & BINGHAM | SIGAL CHATTAH |
| --- | --- |
|  | United States Attorney |
| */s/ Todd Alexander* | */s/ Reem Blaik* |
| TODD ALEXANDER | R. THOMAS COLONNA |
| Nevada Bar No. 10846 | REEM BLAIK |
| 11441 Allerton Park Dr., Suite 100 | Assistant United States Attorneys |
| Las Vegas, NV 89135 | *Attorneys for Federal Defendant* |
| *Attorneys for Plaintiff* |  |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

2